IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHN ALBERT STANGEL, #1279383 | § | |
| VS. | § | CIVIL ACTION NO. 6:08cv67 |
| UTMB MICHAEL'S UNIT, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the civil rights complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the Court adopts the findings and conclusions of the magistrate judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute and failure to obey an order of the Court. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. It is further

**ORDERED** that the Clerk shall return unfiled any new lawsuits submitted by the Plaintiff which do not include either the filing fee or an application to proceed *in forma pauperis*, along with an *in forma pauperis* data sheet. It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**. It is finally

**ORDERED** that the Plaintiff is **WARNED** that sanctions may be imposed against him if he tenders to this Court for filing any documents in the future which contain scurrilous comments about any judicial officer of this Court.

**So ORDERED and SIGNED this 30th day of May, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**